UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MICHAEL WINFRED GOINS AND EUN-MI GOINS, Debtors. | Case No. 17-cv-01759-VC<br><br>**ORDER TO SHOW CAUSE** |

The appellants are ordered to show cause why this appeal should not be dismissed under Federal Rule of Bankruptcy Procedure 8018. Any response is due within 7 days of the filing of this Order.

**IT IS SO ORDERED.**

Dated: May 8, 2017

_____
VINCE CHHABRIA
United States District Judge