UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MICHAEL WINFRED GOINS AND EUN-MI GOINS, Debtors. | Case No. 17-cv-01759-VC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. Nos. 3, 5 |

Appellants' motion to dismiss this appeal is granted and the appeal is dismissed. Fed. R. Bankr. P. 8023. Appellants will bear the costs incurred by the Appellee, if applicable.

The Order to Show Cause (Dkt. No. 3) is hereby discharged.

**IT IS SO ORDERED.**

Dated: June 1, 2017

_____
VINCE CHHABRIA
United States District Judge